■ KELLY G. SHERIDAN, Respondent, v DAVID E. SHERIDAN, Appellant. (Appeal No. 2.) [10 NYS3d 477]—Appeal from an order of the Supreme Court, Onondaga County (Kevin G. Young, J.), entered January 17, 2014. The order, among other things, directed defendant pay the sum of $44,977.34 to plaintiff's attorney.

■ KELLY G. SHERIDAN, Respondent, v DAVID E. SHERIDAN, Appellant. (Appeal No. 3.) [10 NYS3d 477]—Appeal from an order of the Supreme Court, Onondaga County (Martha E. Mulroy,

A.J.), entered February 3, 2014. The order denied defendant's motion to expand his parenting time with his son.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Abasciano v Dandrea*, 83 AD3d 1542, 1545 [2011]). Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.